IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARITY SPORTS INTERNATIONAL LLC and JASON BERNSTEIN, | : : : | |
| Plaintiffs | : : | No. 1:19-cv-00305 |
| v. | : : | (Judge Kane) |
| REDLAND SPORTS, et al., Defendants | : : : | |

# ORDER

**AND NOW**, on this 4th day of September 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss the amended complaint (Doc. Nos. 10, 11) are **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendants' motions to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectively, are **GRANTED**, and Plaintiffs' amended complaint (Doc. No. 7) is **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to file a second amended complaint, within thirty (30) days of the date of this Order, that corrects the pleading deficiencies identified in the Memorandum issued concurrently with this Order;

    b. The Boone Defendants' motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is **DENIED**;

    c. Defendants' request to stay the above-captioned action pending the disposition of Plaintiffs' NFLPA grievance is **DENIED**; and

2. Defendants' motion to bifurcate discovery (Doc. No. 29) is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania